# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| Charles G. Houk, Jr. as the duly appointed Administrator of the Estate/Succession of Mikaela J. Houk, a deceased minor, 71488 Saint Mary Street, Abita Springs, Louisiana<br><br>*Plaintiff(s)*<br>v.<br>Christopher Moore, individually, et al.<br>44 High Street<br>Walton, KY 41094<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        VIA CERTIFIED MAIL

        Christopher Moore, individually,
        1175 Racetrack Road
        Alexandria, KY 41001

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Charles W. Miller (Ky. Bar # 86831)
        Charles@wewin.com
        Isaacs and Isaacs, PSC
        1601 Business Center Court
        Louisville, KY 40299
        Phone: (502) 458-1000; FAX: (502) 218-3155

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                     *CLERK OF COURT*

Date: _____

                                                               *Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service via Certified Mail, Return Receipt Requested, on Defendant Christopher Moore, individually, 1175 Racetrack Road, Alexandria, KY 41001

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

CHARLES W. MILLER, ATTORNEY FOR PLAINTIFF
*Printed name and title*

1601 Business Center Court
Louisville, KY 40299

*Server's address*

Additional information regarding attempted service, etc: